No. 244, Misc. GONZALEZ *v.* CALIFORNIA ADULT AUTHORITY. Supreme Court of California. Certiorari denied.

No. 261, Misc. BLAICH *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 284, Misc. SAVAGE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 309, Misc. CASSONE *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *John C. Lankenau* for petitioner. *Frank S. Hogan* and *H. Richard Uviller* for respondent.

No. 58, Misc. SHULER ET AL. *v.* FLORIDA. Petition for a writ of certiorari to the Supreme Court of Florida denied without prejudice to an application for a writ of habeas corpus in the appropriate United States District Court. *Howard Dixon* and *Jack Greenberg* for petitioners. *James W. Kynes,* Attorney General of Florida, and *James G. Mahorner,* Assistant Attorney General, for respondent.

No. 452, Misc. SOSTRE *v.* McGINNIS, CORRECTION COMMISSIONER, ET AL. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *William D. Bresinhan,* Assistant Attorney General, and *Julius L. Sackman* for respondents.

No. 254, Misc. WARNOCK *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *William L. Zessar,* Deputy Attorney General, for respondent.